UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TURNER, | CV F   05-00695 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF"S MOTION FOR USM-285 SUMMONS FORMS |
| | (Doc. 5.) |
| WOODFORD, et. al., | |
| Defendants. | |

Anthony Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 1, 2005.  On June 7, 2005, Plaintiff filed a Motion for the Court to send Plaintiff the USM-285 forms for completion by Plaintiff so that service may be effected on Defendants.

As the Complaint was only just filed, the Court has yet to issue its Informational Order which informs Plaintiff of various requirements and procedures that will occur during the course of the instant proceedings.  In that Order, Plaintiff will be informed that the Court must first conduct a preliminary screening of the case to determine whether the complaint states any cognizable claims for relief under 28 U.S.C. § 1915A(a).  Only after the Court has made a preliminary determination that the case can proceed, will the Court direct the Complaint to be served on any defendants and Plaintiff be mailed the USM-285 forms.

In addition, the Order will notify Plaintiff that only after Defendants have made an

1

1   appearance in the action will an Order opening discovery issue.

2   As noted above, the Court has yet to conduct its preliminary screening of the case to
3   determine whether the Complaint states any cognizable claims.  Thus, until such screening has
4   occurred, no service or discovery will be had.   Accordingly, Plaintiff's request is not only
5   unnecessary, it is premature.   In addition, Plaintiff is forewarned that this Court has pending
6   before it literally hundreds of cases similar to Plaintiff's and thus, the screening process often
7   takes time.  Plaintiff can rest assured that the Court will screen his complaint as quickly as
8   possible, however, that may not be as speedily as Plaintiff would like.  Nevertheless, Plaintiff
9   should remain patient and should keep the Court apprised of any change of address that he might
10  have to ensure that he receives copies of all Orders issued in his case.

11  Accordingly, the Motion for USM-285 forms is DENIED.

13  IT IS SO ORDERED.

14  **Dated:   June 10, 2005**              **/s/ Lawrence J. O'Neill**
    b9ed48                                  UNITED STATES MAGISTRATE JUDGE