1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WOODFORD, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F 05 695 AWI LJO P<br><br>ORDER DENYING MOTION FOR USM 285<br>SUMMONS FORMS AND ORDER FOR<br>SERVICE OF COMPLAINT (Doc. 8.) |

18　　　　Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in
19　this civil rights action filed pursuant to 42 U.S.C. § 1983.
20　　　　Plaintiff filed the instant action on June 1, 2005. On October 4, 2005, Plaintiff submitted
21　a Motion For USM 285 forms and for an Order requiring service of complaint on Defendants by
22　the U.S. Marshal.
23　　　　A review of the record shows that Plaintiff made a similar request on June 7, 2005 (Doc.
24　5), which was denied by the Court on June 10, 2005. Plaintiff was informed in that Order that
25　the Court was required to first conduct a screening of the Complaint pursuant to 28 U.S.C.
26　§ 1915A(a). Only after the Court has made a preliminary determination that the Complaint
27　states a cognizable claim for relief will the Court issue an Order directing the U.S. Marshal serve
28　the Complaint on the Defendants. The Court will not send Plaintiff blank USM 285 forms to

1

complete prior to the screening process.  In addition, should Plaintiff continue to file Motions requesting the same relief which has already been denied by the Court on prior occasions, the Court will strike the Motion from the record.

    Plaintiff should note that the Court has pending before it hundreds of similar cases.  The Court generally proceeds with the cases in the order that they were filed.  Thus, there may be some delay in the progression of the case.  Plaintiff is urged to be patient and to keep the Court informed if his address should it change so that he is served with all Orders issued by the Court concerning his case.

    Accordingly, the Court HEREBY ORDERS:

1    The Motion for USM 285 Forms and for an Order directing service of the Complaint is DENIED.

IT IS SO ORDERED.

**Dated:**   **October 5, 2005**         /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE