# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODFORD, et. al.,<br><br>    Defendants._____/ | CV F  05-695 AWI LJO P<br><br>ORDER DISREGARDING PROPOSED ORDER TO SHOW CAUSE LODGED BY PLAINTIFF |

   Anthony R. Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On October 31, 2005, Plaintiff submitted to the Court a document titled "Order to Show Cause. Injunction, a Temporary Restraining Order." It appears that by this document, Plaintiff is attempting to Order the Defendants, all twenty-seven (27) of them, to Show Cause why a Preliminary Injunction should not issue. However, it is not the place of Plaintiff to issue such Orders as he is not a Judge functioning in a Court of Law. Accordingly, the proposed Order to Show Cause and Temporary Restraining Order is DISREGARDED.

   To the extent Plaintiff is seeking to obtain a Temporary Restraining Order, his request would be denied. Until such time as the Court has determined that the action states a claim for relief, any request for a temporary restraining order will be denied as premature. Plaintiff is not entitled to preliminary injunctive relief until such time as the court finds that his complaint contains cognizable claims for relief against the named Defendants and the named Defendants have been served with the summons and complaint. At this juncture, any request for injunctive relief is premature.

   Accordingly, the Court HEREBY ORDERS:

1.  The proposed Order to Show Cause and Temporary Restraining Order is DISREGARDED;

2.  The Clerk of Court is DIRECTED to RETURN the lodged proposed Order to Plaintiff.

IT IS SO ORDERED.

**Dated:    November 16, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE